al., Respondents. [869 NYS2d 810]

Present—Martoche, J.P., Smith, Fahey and Pine, JJ.

In the Matter of PAUL HANSON, Petitioner, v A. LABRIOLA, Deputy Superintendent for Security, Orleans Correctional Facility, Respondent. (Appeal No. 1.) [869 NYS2d 809]

Present—Martoche, J.P., Smith, Fahey and Pine, JJ.

In the Matter of PAUL HANSON, Petitioner, v A. LABRIOLA, Deputy Superintendent of Security, Orleans Correctional Facility, Respondent. (Appeal No. 2.) [869 NYS2d 847]

Present—Martoche, J.P., Smith, Fahey and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON WILLIAMS, Appellant. [870 NYS2d 844]